IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00751-ZLW

MIKEAL GLENN STINE,

        Plaintiff,

v.

MR. BLAKE DAVIS, Warden ADX, Florence,
MR. CHRISTOPHER SYNSVOLL, Supervising Attorney,
MR. MARK COLLINS, Unit Manager ADX, Florence,
MS. TINA SUDLOW, Case Manager ADX, Florence,
D. FOSTER, Counselor, and
FEDERAL BUREAU OF PRISONS,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on April 28, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___    is missing affidavit
      ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___    is missing required financial information
      ___    is missing an original signature by the prisoner
      ___    is not on proper form (must use the court's current form)

1

____ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this  3rd  day of  May , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court